IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THUNDERFOOT, in her individual capacity and as Trustee of the Rainy Day Living Trust, Personal Representative of the Estate of Brendan Sean Gypkhaim Charlie (Deceased), Representative of the Native American Center, Representative of the Jungle King Community Assoc., and Representative of Dragonfly Moon Novelties, et al.,<br><br>                 Plaintiffs,<br><br>   vs.<br><br>UNITED STATES, et al.,<br><br>                 Defendants. | Civil No. 23-00006 JMS-KJM<br><br>FINDINGS AND RECOMMENDATION TO DISMISS PLAINTIFFS THE RAINY DAY LIVING TRUST, THE ESTATE OF BRENDANT GYPKHAIM CHARLIE (DECEASED), NATIVE AMERICAN CENTER, JUNGLE KING COMMUNITY ASSOCIATION, DRAGONFLY MOON NOVELTIES, AND DEFENDANT KEN AH LO |

FINDINGS AND RECOMMENDATION TO DISMISS PLAINTIFFS THE RAINY DAY LIVING TRUST, THE ESTATE OF BRENDANT GYPKHAIM CHARLIE (DECEASED), NATIVE AMERICAN CENTER, JUNGLE KING COMMUNITY ASSOCIATION, DRAGONFLY MOON NOVELTIES, AND DEFENDANT KEN AH LO

Plaintiff Thunderfoot, proceeding *pro se*, filed the Complaint individually and on behalf of the following entities: The Rainy Day Living Trust; The Estate of Brendan Sean Gypkhaim Charlie (Deceased); Native American Center; Jungle King Community Association; and Dragonfly Moon Novelties. This Court has

previously indicated to Plaintiff Thunderfoot that the entities must be represented by a properly licensed attorney.  *See* ECF No. 15 at 2 n.1 (citing LR81.1(b)); ECF No. 16 at 2; ECF No. 133 at 2–3 & n.1 (noting that "the claims asserted in the original Complaint on behalf of the entities are defective" because the entities are not represented by an attorney).  To date, no attorney has entered an appearance on behalf of the entities.

On April 16, 2023, Plaintiff Thunderfoot filed a document entitled, "Motion by Plaintiff Thunderfoot to Drop and Remove Parties Under the Federal Rules of Civil Procedure 7–15, 19 and/or 21" ("04/16/2023 Filing").  ECF No. 220.  Therein, Plaintiff Thunderfoot asks the court to dismiss the entities because they are not represented by an attorney.  *Id.* at 2–3.  In addition, Plaintiff Thunderfoot indicates that Defendant Ken Ah Lo has died, and thus Plaintiff Thunderfoot asks the court to also dismiss Defendant Ken Ah Lo.  Based on Plaintiff Thunderfoot's statements that she is a representative for each of the entities, the Court construes the 04/16/2023 Filing as Plaintiff Thunderfoot's—and the entities'—written consent to dismiss the foregoing parties from this suit.  *Id.*

Based on the foregoing, the Court FINDS AND RECOMMENDS that the district court DISMISS Plaintiffs The Rainy Day Living Trust, The Estate of Brendan Sean Gypkhaim Charlie (Deceased), Native American Center, Jungle King Community Association, Dragonfly Moon Novelties, and Defendant Ken Ah

Lo.[1]  The dismissal of the claims by or against any of the foregoing parties is

WITHOUT PREJUDICE.

    IT IS SO FOUND AND RECOMMENDED.

    DATED:  Honolulu, Hawaii, April 24, 2023.

_____
Kenneth J. Mansfield
United States Magistrate Judge

*Thunderfoot, et al. v. United States*, Civil No. 23-00006 JMS-KJM; Findings and Recommendation to Dismiss Plaintiffs The Rainy Day Living Trust, The Estate of Brendan Sean Gypkhaim Charlie (Deceased), Native American Center, Jungle King Community Association, Dragonfly Moon Novelties, and Defendant Ken Ah Lo

---

[1] The Court notes that Plaintiff Thunderfoot does not indicate in the 04/16/2023 Filing whether the district court should also dismiss Plaintiff The Rainy Day Living Trust.  Because Plaintiff The Rainy Day Living Trust does not have proper representation in this case, the Court finds that the district court should dismiss it from this suit.