IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THUNDERFOOT, in her individual capacity and as Trustee of the Rainy Day Living Trust, et al.,<br><br>           Plaintiff,<br><br>  vs.<br><br>UNITED STATES, et al.,<br><br>           Defendants. | CIV. NO. 23-00006 JMS-KJM<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS OF APRIL 24, 2023 |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS OF APRIL 24, 2023

On April 24, 2023, Magistrate Judge Kenneth J. Mansfield issued a Findings and Recommendations to Dismiss Plaintiffs The Rainy Day Living Trust, The Estate of Brendan Gypkhaim Charlie (Deceased), Native American Center, Jungle King Community Association, Dragonfly Moon Novelties, and Defendant Ken Ah Lo ("Findings and Recommendations").  ECF No. 246.

The Findings and Recommendations have been filed and served on all parties, and no objections have been filed.  Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28

U.S.C. § 636(b)(1(C) and Local Rule 74.1, the Findings and Recommendations are adopted as the opinion and order of this court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 17, 2023.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*Thunderfoot et al. v. United States et al.*, Civ. No. 23-00006 JMS-KJM, Order Adopting Magistrate Judge's Findings and Recommendations of April 24, 2023