# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| THUNDERFOOT, both in an individual capacity, and as Trustee of THE RAINY DAY LIVING TRUST and as Personal Representative of THE ESTATE OF BRENDAN SEAN GYPKHAIM CHARLIE (deceased), and as Representative of THE NATIVE AMERICAN CENTER, 501(c)(3) nonprofit corporation, and as the Representative of the JUNGLE KING COMMUNITY ASSOC., a 501(c)(3) corporation, and as the Representative of DRAGONFLY MOON NOVELTIES, a domestic profit sole proprietorship, <br><br>      Plaintiff, <br><br>   V. <br><br> STATE OF HAWAII, ET AL., <br><br>      Defendant. | JUDGMENT IN A CIVIL CASE <br><br> Case: CV 23-00006 JMS-KJM <br><br><br><br><br><br> FILED IN THE <br> UNITED STATES DISTRICT COURT <br> DISTRICT OF HAWAII <br><br> September 19, 2023 <br><br> At 4 o'clock and 35 min p.m. <br> LUCY H. CARRILLO, CLERK |

[ ]   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

    On September 19, 2023, the Court issued its "ORDER (1) DENYING MOTION FOR RECONSIDERATION, ECF NO. 342, AND (2) DISMISSING ACTION," ECF NO. 343, (September 19, 2023 Order).

IT IS ORDERED AND ADJUDGED that this action and all its federal claims are hereby DISMISSED without leave to amend, pursuant to and in accordance with the September 19, 2023 Order. Further, the court declines supplemental jurisdiction over the remaining state law claims pursuant to 28 U.S.C. § 1367(c)(3) and DISMISSES those claims without prejudice to refiling in state court. Further, the Clerk of Court is directed to close the case file.

| September 19, 2023 | LUCY H. CARRILLO |
|---|---|
| Date | Clerk |
|  | /S/ LUCY H. CARRILLO by JI |
|  | (By) Deputy Clerk |